UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MARK BOESSENECKER, et al.,<br><br>    Defendants. | Case No. 22-cv-04453-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Magistrate Judge Sallie Kim granted in forma pauperis status to pro se plaintiff Leslie Smith and reviewed her complaint under 28 U.S.C. § 1915(e).  Dkt. No. 4.  The court determined that the complaint lacked sufficient factual allegations to state a plausible claim for relief.  *Id.*  Smith was given leave to file an amended complaint by September 9, 2022, which she did not do.  *Id.*; Dkt. No. 6.  Judge Kim filed a report recommending dismissal without prejudice for failure to state a claim.  Dkt. No. 6.  Smith filed an objection expressing irrelevant opinions about Judge Kim that are wholly unresponsive to the grounds for dismissal.  *Id.*  Dkt. No. 9.

Consequently, the report and recommendation is adopted in full, and the case is dismissed without prejudice.  The Clerk's Office is asked to close the case.

**IT IS SO ORDERED.**

Dated: October 17, 2022

JAMES DONATO
United States District Judge